Safeco Insurance Company of Indiana as subrogee of Philip and Carol Glessler, et. al., Plaintiff(s)
vs.
Lowe's Companies, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 162705-0001

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lowe's Companies, Inc., c/o Corporation Service Company

Court Case No. 2:22-cv-02858

COZEN O'CONNOR
Ms. Zenaida Sunny Reyes
123 N. Wacker Dr., Ste. 1800
Chicago, IL 60606

**State of:** North Carolina ) ss.
**County of:** Johnston )

**Name of Server:** Marilyn Michelle Harts, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21 day of July, 20 22, at 9:11 o'clock A M

**Place of Service:** at 2626 Glenwood Ave., Suite 550, in Raleigh, NC 27608

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint w/ Jury Trial Demanded**

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Lowe's Companies, Inc., c/o Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: Heather Hughes, Intake Specialist

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blond ; Facial Hair No
Approx. Age 50 ; Approx. Height 5'6" ; Approx. Weight 250 lbs

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
Marilyn Michelle Harts
**APS International, Ltd.**

Subscribed and sworn to before me this 31st day of July, 2022

Notary Public   01/31/2025
(Commission Expires)

ELLYN P. TEMPLE
Notary Public
Johnston County, North Carolina
My Commission Expires
January 21, 2025