IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SAFECO INSURANCE COMPANY
OF INDIANA,**

    **Plaintiff,**

                                                                                              **Civil Action 2:22-cv-2858
Judge Sarah D. Morrison**

    **v.**                                                                        **Magistrate Judge Elizabeth P. Deavers**

**LOWES COMPANIES, INC.,** *et al.***,**

    **Defendants.**

## ORDER

Plaintiff filed this action on July 19, 2022.  (ECF No. 1.)  The docket reflects that affidavits of service were returned on July 28, 2022, as to Defendants Rich Achiever Inc., LLC and Lowe's Companies, Inc. and that their answers were due on August 12, 2022 and August 11, 2022, respectively.  (ECF Nos. 9, 10.)  To date, these Defendants have not filed an answer or other responsive pleading.  Nor has Plaintiff applied for and obtained an entry of default from the Clerk pursuant to Federal Rule of Civil Procedure 55(a) against these Defendants.  Pursuant to Local Civil Rule 55.1(a), Plaintiff is **ORDERED** to **SHOW CAUSE** why the case should not be dismissed for want of prosecution as to Defendants Rich Achiever Inc., LLC and Lowe's Companies, Inc. **WITHIN FOURTEEN (14) DAYS** of the date of this Order unless it has applied for an entry of default from the Clerk in the interim.

    **IT IS SO ORDERED.**

**Date: September 13, 2022**                            **/s/** *Elizabeth A. Preston Deavers*
                                                                  **ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**