IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SAFECO INSURANCE COMPANY**
**OF INDIANA,**

    **Plaintiff,**

                                                                **Civil Action 2:22-cv-2858**
                                                                **Judge Sarah D. Morrison**
    v.                                                         **Magistrate Judge Elizabeth P. Deavers**

**LOWES COMPANIES, INC.,** *et al.***,**

    **Defendants.**

## ORDER

For good cause shown, the parties' agreed motion to extend the time for Defendants to file their responsive pleadings (ECF No. 17) is **GRANTED**. Defendants Lowe's Companies, Inc., and Rich Achiever Inc. LLC may have until November 4, 2022, to respond to the Complaint. Defendant New Widetech Industries Co., Ltd. may have until November 21, 2022, to respond to the Complaint.

    **IT IS SO ORDERED.**

**Date: October 12, 2022**                          /s/ *Elizabeth A. Preston Deavers*
                                                              **ELIZABETH A. PRESTON DEAVERS**
                                                              **UNITED STATES MAGISTRATE JUDGE**